IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIGUEL RAMOS, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) ) v. ) ) JOHN B. SANFILIPPO & SON, INC., ) ) Defendant. ) | Case No. 17-cv-06450 Hon. Virginia M. Kendall |

**ORDER APPROVING SETTLEMENT AND CASE DISMISSAL**

After a review of the Settlement Agreement submitted jointly by the parties for approval, the Court determines that the terms of the settlement of this litigation are fair and reasonable, including the amounts paid to Plaintiff, as well as the fees and reimbursement of costs paid to his attorneys. Accordingly, the Court hereby approves the settlement and dismisses the case in its entirety without prejudice. The Court notes that Plaintiff brought his lawsuit on behalf of himself and others similarly situated; however, no motion for class certification has been filed, Plaintiff has not taken any action to pursue any of the class allegations and class certification has not been granted. Thus, the dismissal of Plaintiff's Complaint with prejudice will not harm any potential future claim of any absent potential class members. The Parties are provided 90 days to file a motion to reinstate or a motion to enforce the settlement agreement. In the event no further motion is filed within 90 days, the case will be automatically deemed as dismissed with prejudice without further order of the Court.

SO ORDERED this _17th_ day of _November_, 2017

_____
Virginia M. Kendall
UNITED STATES DISTRICT JUDGE